LAW OFFICES OF BILL LATOUR
JESSICA WARREN [CSBN: 257274]
1420 E. Cooley Dr., Suite 100
Colton, California 92324
Telephone: (909) 796-4560
Facsimile: (909) 796-3402
E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| SUSANNA LOPEZ, | No. CV 21-09244 KK |
| Plaintiff, | [PROPOSED] ORDER AWARDING EAJA FEES |
| v. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of FOUR THOUSAND EIGHT HUNDRED AND 00/100 ($4,800.00) subject to the terms of the stipulation.

DATE: May 6, 2022  _____
HON. KENLY KIYA KATO,
UNITED STATES MAGISTRATE JUDGE